No. 99–6589. BURNETTE v. CACI, INC. C. A. 4th Cir. Certiorari denied.

No. 99–6592. BROWN v. DIERCKS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–6593. COX, AKA COOK v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 99–6604. NAPIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6609. WADE v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–6611. SNYDER v. DOBUCKI, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–6618. MURRAY v. CISAR ET AL. Ct. App. Minn. Certiorari denied.

No. 99–6627. MENDEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6628. VELAZQUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6630. VARGAS-MOLINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6631. WASKOM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6635. RIVAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6636. PEAKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6637. LOPEZ-GARCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6638. NORRED v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6640. LINEBERGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.